IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YVONNE ROUNDTREE,<br>ALEXANDRIA RUIZ,<br><br>Plaintiffs<br><br>v<br><br>BCDSS,<br>YOLANDA MATTHEWS,<br>WILLIAM GYAUNCH,<br>PUBLIC DEFENDERS'S OFFICE,<br><br>Defendants | *<br><br>*<br><br>*<br><br>*        Civil Action No.  CCB-20-757<br><br>*<br><br>*<br><br>*<br><br>*** |

**ORDER**

Mother and daughter Yvonne Roundtree and Alexandria Ruiz are suing defendants for placing their grandson/son in a foster home and seek to reverse a decision of the Circuit Court of Baltimore City to terminate Alexandria Ruiz's parental rights.  Plaintiffs' complaint was submitted with a motion for leave to proceed in forma pauperis (ECF No. 2), which will be granted.

Because the complaint failed to allege any constitutional provision or federal law was violated by defendants to base federal question jurisdiction, on May 29, 2020, the court ordered plaintiffs to show cause why the complaint should not be dismissed for lack of jurisdiction.[1]  Plaintiffs filed a response with the following additional information:

1. Rule 11 of the Federal Rules of Civil Procedure supports reversal of the Circuit Court order and return of the child to plaintiffs.  ECF No. 5 at 2.

2. Plaintiff Alexandria Ruiz is moving into a new home with a room for her child in Rhode Island, the "COVID virus is much less in Rhode Island, than in Baltimore, Maryland."  It is in the child's best interest to move him to Rhode Island.  *Id.*

---

[1] Plaintiffs provide addresses in Baltimore, Maryland, and a mailing address in Portland, Maine.  Defendants are shown in the complaint as having Maryland addresses.  There is no basis for jurisdiction based on diversity of the parties' citizenship.  28 U.S.C. § 1332.

Rule 11 of the Federal Rules of Civil Procedure pertains to signing pleadings, motions, and other papers, representations to the court, and sanctions. Rule 11 provides no grounds for reversing a decision of a state court, and no grounds for federal jurisdiction. Further, plaintiffs' allegation that the child would be safer from COVID-19 in Rhode Island where they intend to move fails to state a cognizable federal claim. In the absence of a federal claim, the court must dismiss the case without prejudice for lack of jurisdiction.

Because this case pertains to sensitive matters, the court will direct the Clerk to redact the child's name from plaintiffs' response.

Accordingly, it is this  30th  day of June, 2020, by the United States District Court for the District of Maryland, hereby ordered:

1. The motion for leave to proceed in forma pauperis (ECF No. 2) IS GRANTED;

2. The Clerk SHALL REDACT the child's name from plaintiffs' Response (ECF No. 5 ) on the second line of page 2 and docket the redacted complaint accordingly;

3. The case IS DISMISSED without prejudice for lack of jurisdiction;

4. The Clerk SHALL MAIL a copy of this Order to plaintiffs at their home and mailing addresses; and

5. The Clerk SHALL CLOSE this case.

                                                /S/
                                    Catherine C. Blake
                                    United States District Judge